## PARKER v. BANK OF THOMASVILLE.

PER CURIAM. The evidence was sufficient to support the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 50. JANUARY 16, 1918.

Claim. Before Judge Thomas. Thomas superior court. December 2, 1916.

*Charles P. Hansell, Fondren Mitchell,* and *J. M. Austin,* for plaintiff in error. *Titus, Dekle & Hopkins,* contra.